Case 5:23-cv-00143   Document 10   Filed on 02/27/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ROGELIO & GUADALUPE CASTRO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:23-CV-00143** |
| § | |
| **GENERAL MOTORS LLC,** § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiffs Rogelio and Guadalupe Castro (collectively "Plaintiffs") and Defendant General Motors, LLC, ("Defendant") filed a Stipulation of Dismissal, which the Court construes as a self-effectuating joint stipulation of dismissal under Rule 41(a)(1)(A)(ii). (Dkt. 9.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 9.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that the claims by Plaintiffs against Defendant are dismissed with prejudice. (Dkt. 9.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this February 26, 2024.

_____
Diana Saldaña
United States District Judge